Samuel J. Frederick
CROWLEY FLECK PLLP
P. O. Box 10969
Bozeman, MT 59719-0969
Telephone: (406) 556-1430
Facsimile: (406) 556-1433
E-Mail: sfrederick@crowleyfleck.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RICK G. DARVIS, individual, NATIONAL INSTITUTE OF CERTIFIED COLLEGE PLANNERS, LLC, a Montana limited liability company, COLLEGE FUNDING, INC., a Montana company,<br><br>Plaintiff(s),<br><br>vs.<br><br>RONALD W. THEM, individual, MYCASHFLOWCOACH LLC, a limited liability company, JOSHUA A. MINER, individual, SPIKE SALES LLC, a limited liability company.,<br><br>Defendant(s). | Case No.: CV-17-53-GF-BMM<br><br>**SUMMONS IN A CIVIL ACTION** |

TO:
      Spike Sales, LLC
      34145 Pacific Coast Highway, Apt 615
      Danna Point, CA 92629

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Samuel J. Frederick
>CROWLEY FLECK PLLP
>P. O. Box 10969
>Bozeman, MT 59719-0969

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**TYLER P. GILMAN**
CLERK

By Deputy Clerk

DATE 6/20/17