IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RICK G. DARVIS, individual, NATIONAL INSTITUTE OF CERTIFIED COLLEGE PLANNERS, LLC, a Montana limited liability company, COLLEGE FUNDING, INC., a Montana company,<br><br>Plaintiffs,<br><br>vs.<br><br>RONALD W. THEM, individual, MY CASH FLOW COACH LLC, a limited liability company, JOSHUA A. MINER, individual, SPIKE SALES LLC, a limited liability company,<br><br>Defendants. | CV-17-53-GF-BMM<br><br>**ORDER** |

Defendants have moved for admission of Randall A. Miller (Mr. Miller) (Doc. 18) to practice before this Court in this case with Brian L. Taylor of Hall & Evans LLC to act as local counsel. Mr. Miller's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Defendants' motion to allow Mr. Miller to appear on their behalf (Doc. 18)

-1-

is **GRANTED** on the following conditions:

1. Local counsel, Mr. Taylor will be designated as lead counsel or as co-lead counsel with Mr. Miller. Mr. Miller must do is own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Taylor shall also shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Miller, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Miller.

DATED this 21st day of August, 2017.

*Brian Morris*
Brian Morris
United States District Court Judge