# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| RICK G. DARVIS, individual, NATIONAL INSTITUTE OF CERTIFIED COLLEGE PLANNERS, LLC, a Montana limited liability company, COLLEGE FUNDING, INC., a Montana company,<br>　　　　Plaintiffs,<br>vs.<br><br>RONALD W. THEM, individual, MYCASHFLOWCOACH LLC, a limited liability company, JOSHUA A. MINER, individual, SPIKE SALES LLC, a limited liability company,<br>　　　　Defendants. | **CV-17-53-GF-BMM**<br><br>**ORDER** |

Based on the uncontested motion by counsel for Defendants, and good cause appearing,

**IT IS HEREBY ORDERED** that the Preliminary Pretrial Conference and Motions Hearing on September 19, 2017, at 1:30 p.m. is **VACATED**. The parties will file a status report on or before October 11, 2017 at which time the Court will set a motion hearing if necessary.

DATED this 11th day of September, 2017.

_____
Brian Morris
United States District Court Judge