# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| RICK G. DARVIS, individual, NATIONAL INSTITUTE OF CERTIFIED COLLEGE PLANNERS, LLC, a Montana limited liability company, COLLEGE FUNDING, INC., a Montana company,<br>        Plaintiffs,<br>vs.<br>RONALD W. THEM, individual, MYCASHFLOWCOACH LLC, a limited liability company, JOSHUA A. MINER, individual, SPIKE SALES LLC, a limited liability company,<br>        Defendant. | **CV-17-53-GF-BMM**<br><br>**ORDER** |

Upon consideration of the Stipulation for Dismissal entered into between the Plaintiffs and Defendants,

IT IS HEREBY ORDERED that the claims of Plaintiffs, RICK G. DARVIS, NATIONAL INSTITUTE OF CERTIFIED COLLEGE PLANNERS, LLC, and COLLEGE FUNDING, INC. against Defendants Ronald W. Them, MyCashFlowCoach LLC, Joshua A. Miner, and Spike Sales

1 LLC are dismissed with prejudice as fully compromised and settled on the
2
3 merits, each party to bear their own costs and expenses.
4
5 DATED this 20th day of November 2017.
6
7
8
9
10
11 _____
Brian Morris
12 United States District Court Judge

STIPULATION FOR DISMISSAL
PAGE - 2

HALL & EVANS LLC
175 NORTH 27TH STREET, SUITE 1101
BILLINGS, MONTANA 59101
(406) 969-5227